FRANKLIN SOCIETY FOR HOME BUILDING AND SAVINGS,
respondent,

*v.*

JOHN T. THORNTON et al., appellants.

[Submitted December 6th, 1915. Decided March 6th, 1916.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevenson, whose opinion is reported *ante p. 37.*

*Mr. Nathan H. Pendergast,* for the respondent.

*Messrs. Jacob Willard De Yoe & Edgar A. De Yoe,* for the appellants.

PER CURIAM.

The decree is affirmed. The reasons are stated in a similar case between the same parties No. 9 of this term.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR—14.

*For reversal*—None.